## 54219. GUAY v. NIENABER.

WEBB, Judge.
Defendant appeals from a judgment against him for rent due, contending that the attacks upon the complaint contained in his answer should have been sustained. However, no ruling was invoked as to these matters, and there is nothing for this court to review.
*Judgment affirmed. Deen, P. J., and Marshall, J., concur.*

SUBMITTED JULY 7, 1977 — DECIDED JULY 13, 1977 —
REHEARING DENIED JULY 28, 1977.

*Schreeder, Wheeler & Flint, Michael M. Sheldon,* for appellant.
Fred C. Nienaber, *pro se.*